CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKa

AUG 19 2010

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LINWOOD LESTER WEBSTER, | ) | Civil Action No. 7:10-cv-00340 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| NEW RIVER VALLEY REGIONAL | ) | |
|    JAIL, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
|    Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 19th day of August, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge